Case 9:11-cv-00080-DWM-JCL   Document 14   Filed 08/02/12   Page 1 of 2



FILED

AUG 0 2 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# MISSOULA DIVISION

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>Plaintiff,<br><br>vs.<br><br>SECRETARY OF STATE OF MONTANA and the STATE OF MONTANA,<br><br>Defendants. | Cause No. CV-11-80-M-DWM-JCL<br><br>ORDER |

Pending is Plaintiff Keith Judd's "Motion for Relief from Judgment or Order under Twenty Fourth Amendment; and Motion to Amend for Court to Register all Convicted and Incarcerated Felons to Vote in all Federal Elections and Caucuses and Democratic National Convention; and for Order to Remove Barak Obama from State's 2012 Presidential Primary Election ballot/caucus and award all delegates to Keith Judd, Democratic Presidential Candidate." Dkt. 13.

On May 27, 2011, this Court issued an Order denying Mr. Judd's Motion to Proceed in Forma Pauperis based upon the three strikes provision of 28 U.S.C. § 1915(g). This Order provided that no motions for reconsideration or rehearing would be entertained. Dkt. 4. Judgment was entered on May 27, 2011. Dkt. 5.

Mr. Judd filed a Notice of Appeal on September 21, 2011. Dkt. 9. On October 18, 2011, the Ninth Circuit issued an Order finding that the appeal was so insubstantial as to not warrant further review and no motions for reconsideration would be considered. Dkt. 10.

This matter is has been closed for over a year and this Court and the Ninth Circuit Court of Appeals have indicated that no motions for reconsideration would be considered.

Accordingly, the Court issues the following:

## ORDER

Plaintiff's Motion for Relief from Judgment (Dkt. 13) is stricken.

DATED this 2nd day of August 2012.

_____
DONALD W. MOLLOY
United States District Judge